JDG/JMK
F.#2011R01816

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   -against-

SEMYON BUMAGIN,

                Defendant.

- - - - - - - - - - - - - - - - X

U N S E A L I N G
O R D E R

M-11-1077

      Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney James D. Gatta, for an order unsealing the complaint and arrest warrant in the above-captioned matter;

      WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
          November 3, 2011

                          S/Pohorelsky  KY

                    THE HONORABL[E]
                    UNITED STAT[ES]
                    EASTERN DIS[TRICT]