# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __11-1077M__
2) Defendant's Name: __Bumagin__ (Last) __Semyon__ (First) _____ (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes __No   Other District: _____
8) Name of Interpreter used today: __Yana Agoreev__ Language: __Russian__
9) Arraignment on complaint held: __✓__ Yes __No   Date/Time: __11/3/11__
10) Detention Hearing Held: ____ Bail set at: _____ ROR Entered: ____ POD Entered: __✓__
11) Temporary Order of Detention Entered: ____ Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____; or waived: __✓__
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __James Gatta / Jacqeline Kasulis__
14) DEFENSE COUNSEL'S NAME: __Zoe Dolan__
    Address: _____
    Bar Code: _____ CJA: __✓__ FDNY: ____ RET: ____
    Telephone Number: (___) _____
15) LOG #: ____ ( __4:07 – 4:16__ ) MAG. JUDGE: __Viktor V. Pohorelsky__
16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE