## INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★ NOV 30 ... ★

BROOKLYN OFFICE

1. Title of Case: **United States v. Semyon Bumagin**

2. Related Magistrate Docket Number(s): **M-11-1077**

3. Arrest Date: **November 2, 2011**

4. Nature of offense(s):  ☒  Felony
                          ☐  Misdemeanor

   CR 11  800
   KUNTZ, J.
   GO M.J

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): **N/A**

6. Projected Length of Trial:  Less than 6 weeks  (X)
                                More than 6 weeks  ( )

7. County in which crime was allegedly committed: **Brooklyn**
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?     ( ) Yes  (X) No

9. Have arrest warrants been ordered?                        ( ) Yes  (X) No

LORETTA E. LYNCH
United States Attorney
Eastern District of New York

By: _____
James D. Gatta
Jacquelyn M. Kasulis
Assistant U.S. Attorneys
718-254-6356/6103