

U.S. Department of Justice

United States Attorney
Eastern District of New York

F# 2011R01816

225 Cadman Plaza East
Brooklyn, New York 11201

December 1, 2011

Mr. Semyon Bumagin

Re: U.S. vs. Semyon Bumagin
Criminal Docket No. CR-11-0800

Dear Mr. Bumagin:

Please take notice that the above case will be called in the United States District Court, 225 Cadman Plaza East, Brooklyn, New York on Tuesday, the 13th day of December, 2011 at **11:00 A.M.**, A. Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency which is located on the South Wing Room 200, 2nd Floor in the Courthouse at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

Very truly yours,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: Grand Jury Coordinator (R. Greene)

CC: Hon. William F. Kuntz (Mag. Mann will accept the plea.)

James D. Gatta
Assistant U.S. Attorney

Zoe J. Dolan, Esq.

Pretrial Services Officer