

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JDG/JMK
F.#2011R01816

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 30, 2011

<u>By Federal Express</u>

Zoe J. Dolan, Esq.
100 Vesey Street – Suite 100
New York, New York 10007

   Re: United States v. Semyon Bumagin
     <u>Criminal Docket No. 11-800 (WHK)</u>

Dear Ms. Dolan:

   Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed discovery in the above-referenced matter.  Please also consider this letter to be the government's request for reciprocal discovery.

  A. <u>The Government's Disclosures</u>

   1. <u>Statements of the Defendant</u>

   Enclosed are copies of the following documents, which contain statements of the defendant:

| Exhibit | Description |
|---------|-------------|
| 1 | Federal Bureau of Investigation ("FBI") report regarding the defendant's arrest on November 2, 2011 |
| 2 | Arrest log completed in connection with the defendant's arrest |
| 3 | New York Downtown Hospital Discharge Instructions, dated November 3, 2011 |
| 4 | Copies of materials carried by the defendant on the date of his arrest |

Zoe J. Dolan, Esq.
December 30, 2011
Page 2

| Exhibit | Description |
|---------|-------------|
| 5 | United States Marshals Service Prisoner Intake Form completed in connection with the defendant's arrest |
| 6 | FBI Advice of Rights and Consent Form, executed by the defendant on November 2, 2011 |
| 7 | FBI report detailing statements of the defendant on November 2, 2011 |

    2.    <u>Draft Transcript Stipulation</u>

In short order, the government will provide you with consensual recordings of the defendant made by a confidential source.  The government will also provide you with draft transcriptions of any such recordings it intends to use at trial as soon as such draft transcripts are available, and once the enclosed stipulation regarding draft transcripts is signed and returned to the government.  You may fax the signed stipulation to the undersigned at (718) 254-6478.

    3.    <u>The Defendant's Criminal History</u>

Enclosed is a copy of a criminal history report for the defendant, marked as discovery exhibit number 8.

    4.    <u>Reports of Examinations and Tests</u>

The government will provide you with any relevant reports of examinations or tests in this case should they become available.

    5.    <u>Expert Testimony</u>

The government will comply with Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure and Rules 702, 703 and 705 of the Federal Rules of Evidence and notify you in a timely fashion of any expert that the government intends to call at trial and provide you with a summary of the expert's opinions and qualifications.

Zoe J. Dolan, Esq.
December 30, 2011
Page 3

      6.   <u>Brady Material</u>

      The government is aware of and will comply with its obligation to produce exculpatory material or information within the scope of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963) and its progeny.

      Before trial, the government will furnish information or material regarding payment, promises, immunity, leniency or preferential treatment, if any, given to prospective government witnesses within the scope of <u>Giglio v. United States</u>, 405 U.S. 150 (1972) and <u>Napue v. Illinois</u>, 360 U.S. 264 (1959).  The government will furnish before trial information or material regarding any prior convictions of any co-conspirator, accomplice or informant who may be testifying at trial for the government.

      The government will also furnish before trial materials discoverable pursuant to Title 18, United States Code, Section 3500.

      7.   <u>Other Crimes, Wrongs or Acts</u>

      The government will provide the defendant with reasonable notice in advance of trial if it intends to offer any material under Rule 404(b) of the Federal Rules of Evidence.

      B.   <u>The Defendant's Required Disclosures</u>

      The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure.  The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, photographs, tapes, tangible objects, or copies or portions thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results or reports of physical or mental examinations and of scientific tests or experiments, including fingerprint analyses, made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely upon at trial or which were prepared by a witness whom the defendant intends to call at trial.

      The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify.  <u>See</u> Fed. R. Crim. P. 26.2.  In order to

Zoe J. Dolan, Esq.
December 30, 2011
Page 4

avoid unnecessary delays, the government requests that the
defendant have copies of those statements available for
production to the government no later than the commencement of
trial or any hearing in this matter.

        The government also requests that the defendant
disclose a written summary of testimony that the defendant
intends to use as evidence at trial under Rules 702, 703, and 705
of the Federal Rules of Evidence.  The summary should describe
the opinions of the witnesses, the bases and reasons for the
opinions, and the qualification of the witnesses.

        Pursuant to Rule 12.1(a) of the Federal Rules of
Criminal Procedure, the government hereby demands written notice,
to be served within ten days of this demand, if the defendant
intends to offer a defense of alibi.  The written notice shall
state the specific place or places at which the defendant claims
to have been at the time of the alleged offense, and the names
and addresses of the witnesses upon whom the defendant intends to
rely to establish such alibi.  The offense took place at the
location, dates, and times specified in the Complaint and
Indictment.

        Pursuant to Rule 12.3 of the Federal Rules of Criminal
Procedure, the government hereby demands written notice of the
defendant's intention, if any, to claim a defense of actual or
believed exercise of public authority, and also demands the names
and addresses of the witnesses upon whom the defendant intends to
rely in establishing the defense identified in any such notice.

Zoe J. Dolan, Esq.
December 30, 2011
Page 5

        Should you have any questions or requests, please do not hesitate to contact us.

                                   Very truly yours,

                                   LORETTA E. LYNCH
                                   United States Attorney

                                   /s/James D. Gatta
               By:  /s/Jacquelyn M. Kasulis
                                   James D. Gatta
                                   Jacquelyn M. Kasulis
                                   Assistant U.S. Attorneys
                                   (718) 254-6356/6103

Enclosures

cc:  Clerk of the Court (WHK) (by ECF w/o enclosures)