

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JDG/JMK
F.#2011R01816

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

January 6, 2012

By Hand Delivery

Zoe J. Dolan, Esq.
154 Grand Street
New York, New York 10013

      Re:  United States v. Semyon Bumagin
           Criminal Docket No. 11-800 (WFK)

Dear Ms. Dolan:

     Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed additional discovery in the above-referenced matter.  The government also renews its request for reciprocal discovery.

    A.    Consensual Recordings

     Enclosed are following compact discs ("CDs") and digital video discs ("DVDs") containing consensual audio and video recordings of the defendant made by a confidential source.

| Exhibit | Description |
|---|---|
| 9 | CD containing audio recordings made on August 10, 2010 |
| 10 | CD containing audio recordings made on August 13 and August 17, 2010 |
| 11 | DVD containing video recordings made on August 31, 2011 |
| 12 | CD containing audio recordings made on August 31, 2011 |

Zoe J. Dolan, Esq.
January 6, 2012
Page 2

| Exhibit | Description |
|---|---|
| 13 | DVD containing video recordings made on September 4, September 6 and September 7, 2011 |
| 14 | DVD containing video recordings made on September 28, September 29 and October 8, 2011 |
| 15 | CD containing audio recordings made on October 7 and October 8, 2011 |
| 16 | CD containing audio recordings made on October 18, 2011 |
| 17 | DVD containing video recordings made on October 14, October 15 and October 17, 2011 |
| 18 | CD containing audio recordings made on October 11 and October 15, 2011 |
| 19 | DVD containing audio recordings on October 17 and October 19, 2011 |
| 20 | CD containing telephone recordings made on August 10, August 17 and August 18, 2010 and on and between September 19 to September 23, 2011 |

B. <u>Photographs</u>

    Enclosed are the following CDs containing photographs.

| Exhibit | Description |
|---|---|
| 21 | CD containing surveillance photographs taken on September 19, 2011 |
| 22 | CD containing photographs of ammunition collected from the defendant on October 17, 2011 and photographs of the firearm collected from the defendant on October 18, 2011 |

Zoe J. Dolan, Esq.
January 6, 2012
Page 3

    C.    <u>Telephone Records</u>

Enclosed are following containing telephone records.

| Exhibit | Description |
|---|---|
| 23 | CD containing pen register and toll records for telephone number (718) 578-2782 |

Should you have any questions or requests, please do not hesitate to contact us.

    Very truly yours,

    LORETTA E. LYNCH
    United States Attorney

By:  <u>/s/James D. Gatta</u>
    James D. Gatta
    Jacquelyn M. Kasulis
    Assistant U.S. Attorneys
    (718) 254-6356/6103

Enclosures

cc:  Clerk of the Court (WFK) (by ECF w/o enclosures)