

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JDG/JMK
F.#2011R01816

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

January 18, 2012

<u>By First Class Mail</u>

Semyon Bumagin (Register No. 18087-053)
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

       Re:  United States v. Semyon Bumagin
           <u>Criminal Docket No. 11-800 (WFK)</u>

Dear Mr. Bumagin:

    Pursuant to the procedures of the Brooklyn Metropolitan Detention Center (the "MDC"),[1] enclosed is an additional set of discovery, referred to in the government's enclosed discovery letter dated January 6, 2012 and produced to your counsel on that date.

                                 Very truly yours,

                                 LORETTA E. LYNCH
                               United States Attorney

                       By:  <u>/s/James D. Gatta      </u>
                               James D. Gatta
                               Jacquelyn M. Kasulis
                               Assistant U.S. Attorneys

Enclosures

cc:  Zoe J. Dolan, Esq. (by ECF) (w/o enclosures)
     Clerk of the Court (WFK) (by ECF) (w/o enclosures)

---

      [1]    The MDC has advised that it will not accept receipt of a package unless it is addressed to an inmate.