

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JDG/JMK
F.#2011R01816

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

January 18, 2012

<u>By Federal Express</u>

Zoe J. Dolan, Esq.
154 Grand Street
New York, New York 10013

      Re:   <u>United States v. Semyon Bumagin</u>
           <u>Criminal Docket No. 11-800 (WFK)</u>

Dear Ms. Dolan:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed additional discovery in the above-referenced matter.  The government also renews its request for reciprocal discovery.

      Enclosed is a compact disc, marked Discovery Exhibit number 24, which contains electronic versions of draft transcripts and summaries of certain of consensual recordings previously produced to you by discovery letter dated January 6, 2012.  Specifically enclosed are draft transcripts and summaries of recordings dated August 10, 17 and 31, 2011; September 6, 19, 21, 23 and 28, 2011; and October 8, 11, 14, 15, 17 and 18, 2011.  Also enclosed is a copy of the executed stipulation between the parties regarding the use of such draft documents.

Zoe J. Dolan, Esq.
January 18, 2012
Page 2

       Should you have any questions or requests, please do not hesitate to contact us.

                                  Very truly yours,

                                  LORETTA E. LYNCH
                                  United States Attorney

                        By:  /s/James D. Gatta
                                  James D. Gatta
                                  Jacquelyn M. Kasulis
                                  Assistant U.S. Attorneys
                                  (718) 254-6356/6103

Enclosures

cc:  Clerk of the Court (WFK) (by ECF w/o enclosures)