

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

JDG/JMK
F.#2011R01816

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 23, 2012

<u>By Federal Express</u>

Zoe J. Dolan, Esq.
154 Grand Street
New York, New York 10013

    Re:  <u>United States v. Semyon Bumagin</u>
        <u>Criminal Docket No. 11-800 (WFK)</u>

Dear Ms. Dolan:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed additional discovery in the above-referenced matter. The government also renews its request for reciprocal discovery.

    Enclosed are copies of the following materials.

| Exhibit | Description |
|---------|-------------|
| 25 | New York City Police Department ("NYPD") report detailing statements of the defendant on November 2, 2011 |
| 26 | Photographs referenced in the above-described NYPD report, Bates-numbered 1 to 12 |
| 27 | Handwritten statement of the defendant dated November 2, 2011 |
| 28 | Federal Bureau of Investigation report detailing statements of the defendant on October 24, 2011 |

```
Zoe J. Dolan, Esq.
January 23, 2012
Page 2
```

       Should you have any questions or requests, please do not hesitate to contact us.

                              Very truly yours,

                              LORETTA E. LYNCH
                              United States Attorney

                     By:  <u>/s/James D. Gatta</u>
                              James D. Gatta
                              Jacquelyn M. Kasulis
                              Assistant U.S. Attorneys
                              (718) 254-6356/6103

Enclosures

cc:  Clerk of the Court (WFK) (by ECF w/o enclosures)