

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JDG/JMK
F.#2011R01816

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

February 13, 2012

<u>By Federal Express</u>

Zoe J. Dolan, Esq.
154 Grand Street
New York, New York 10013

      Re:  United States v. Semyon Bumagin
           <u>Criminal Docket No. 11-800 (WFK)</u>

Dear Ms. Dolan:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed additional discovery in the above-referenced matter.  The government also renews its request for reciprocal discovery.

      Enclosed are copies of the following materials, including consensual recordings made by a confidential source which contain statements of the defendant.

| Exhibit | Description |
|---|---|
| 29 | Compact disc ("CD") containing electronic versions of draft transcripts and summaries of consensual recordings made on August 13, 2010 and September 4, 2011 |
| 30 | CD containing a consensual recording made on April 30, 2010 |
| 31 | CD containing a consensual recording made on August 6, 2010 |

```
Zoe J. Dolan, Esq.
February 13, 2012
Page 2
```

        Should you have any questions or requests, please do not hesitate to contact us.

                                    Very truly yours,

                                    LORETTA E. LYNCH
                                    United States Attorney

                          By:  <u>/s/James D. Gatta</u>
                                    James D. Gatta
                                    Jacquelyn M. Kasulis
                                    Assistant U.S. Attorneys
                                    (718) 254-6356/6103

Enclosure

cc:  Clerk of the Court (WFK) (by ECF) (w/o enclosure)