UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES

    -against-

SEMYON BUMAGIN
------------------------------------------------------------X

FILED
CLERK

2012 JUN 19 PM 2: 01

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

11-CR-800

Upon the application of counsel for Defendant Semyon Bumagin in the above-captioned matter for a hearing to determine the mental competency of Defendant pursuant to 18 U.S.C. § 4241, IT IS HEREBY:

ORDERED that the Court has found there is reasonable cause to believe that Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, as contemplated under 18 U.S.C. § 4241; and it is further

ORDERED that each party is directed to submit a proposed order pursuant to 18 U.S.C. § 4241(b) regarding the psychiatric or psychological examination of Defendant prior to the date of the hearing.

**SO ORDERED**

Dated: Brooklyn, New York
       June 19, 2012

                                              s/WFK

                              HON. WILLIAM F. KUNTZ, II
                              United States District Judge