

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JDG/JMK
F.#2011R01816

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

July 6, 2012

By Federal Express

Zoe J. Dolan, Esq.
154 Grand Street
New York, New York 10013

    Re:  United States v. Semyon Bumagin
         Criminal Docket No. 11-800 (WFK)

Dear Ms. Dolan:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed additional discovery in the above-referenced matter.  The government also renews its request for reciprocal discovery.

    Enclosed are copies of the following materials, which contain statements of the defendant.

| **Exhibit** | **Description** |
|---|---|
| 32 | Compact Disc ("CD") containing recorded telephone calls from the Metropolitan Detention Center, Brooklyn, New York ("MDC") that were recorded between November 9, 2011 and December 11, 2011 |
| 33 | CD containing recorded telephone calls from the MDC that were recorded between December 12, 2011 and March 8, 2012 |
| 34 | Bureau of Prisons ("BOP") visitor lists and records of monies sent and received by the defendant through March 8, 2012 |
| 35 | BOP recorded telephone call logs for the defendant through March 8, 2012 |

Zoe J. Dolan, Esq.
July 6, 2012
Page 2

  Should you have any questions or requests, please do not hesitate to contact us.

          Very truly yours,

          LORETTA E. LYNCH
          United States Attorney

       By: <u>/s/James D. Gatta</u>
         James D. Gatta
         Jacquelyn M. Kasulis
         Assistant U.S. Attorneys
         (718) 254-6356/6103

Enclosure

cc: Clerk of the Court (WFK) (by ECF) (w/o enclosure)