

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JDG/JMK
F.#2011R01816

*271 Cadman Plaza East*
*Brooklyn, New York 11201*


July 6, 2012


By First Class Mail

Semyon Bumagin (Register No. 18087-053)
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

       Re:  United States v. Semyon Bumagin
            Criminal Docket No. 11-800 (WFK)

Dear Mr. Bumagin:

      Pursuant to the procedures of the Brooklyn Metropolitan Detention Center (the "MDC"),[1] enclosed are additional copies of discovery exhibit numbers 32 and 33, referred to in the government's enclosed discovery letter dated July 6, 2012 and produced to your counsel on that date.

                             Very truly yours,

                             LORETTA E. LYNCH
                             United States Attorney

                  By:   /s/James D. Gatta
                         James D. Gatta
                         Jacquelyn M. Kasulis
                         Assistant U.S. Attorneys

Enclosures

cc:  Zoe J. Dolan, Esq. (by ECF) (w/o enclosures)
     Clerk of the Court (WFK) (by ECF) (w/o enclosures)

---

     [1]    The MDC has advised that it will not accept receipt of a package unless it is addressed to an inmate.