# Zoe Dolan

www.zoedolan.com  　　Attorney At Law  　　154 Grand Street
zdolan@gmail.com  　　Admitted NY & CA  　　New York, NY 10013
　　　　　　　　　　　(347) 301-5180

**FACSIMILE TRANSMITTAL SHEET**

| TO: | FROM: |
|---|---|
| Nicole McFarland & Kenneth Bork | Zoe Dolan |
| COMPANY: | DATE: |
| MDC Brooklyn | 7/18/2012 |
| FAX NUMBER: | TOTAL NO. OF PAGES, INCLUDING COVER: |
| (718) 840-4250 | 4 |
| RE: | |
| Semyon Bumagin, 18087-053 | |

# Zoe Dolan

| www.zoedolan.com | Attorney At Law | 154 Grand Street |
| zdolan@gmail.com | Admitted NY & CA | New York, NY 10013 |
| | (347) 301-5180 | |

July 18, 2012

Ms. Nicole McFarland
Mr. Kenneth Bork
Metropolitan Detention Center
80 29th Street
Brooklyn, New York 11232
*Via Fax*

Re:    *United States v. Semyon Bumagin*, 11 Cr. 800

Dear Nicole & Kenneth:

     I represent defendant Semyon Bumagin, Reg. No. 18087-053, in the above-referenced matter. On June 21, 2012, the Honorable William F. Kuntz II issued the attached Order directing that Mr. Bumagin be transferred forthwith to a Bureau of Prisons Facility for a psychiatric or psychological evaluation regarding competency pursuant to 18 U.S.C. § 4241(b), to be completed within 30 days of transfer. The next status conference in this case is Friday, July 20, at 11:00 a.m. A status report as to the Order is requested by that time so that the Court may be apprised accordingly.

                                         Sincerely,

                                         /s/
                                         Zoe Dolan

Cc via ECF:    Honorable William F. Kuntz II
                     AUSA James Gatta

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

SEMYON BUMAGIN,

        Defendant.

- - - - - - - - - - - - - - - - X

<u>ORDER</u>

11 CR 800 (WFK)

      Pursuant to the Court's Order dated June 19, 2012, finding that there is reasonable cause to believe that the defendant SEMYON BUMAGIN may be suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and upon the joint application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorneys James D. Gatta and Jacquelyn M. Kasulis, and the defendant SEMYON BUMAGIN, by his counsel Zoe Dolan, Esq., it is hereby

      ORDERED, pursuant to Title 18, United States Code, Section 4241(b), that, prior to a hearing to determine the mental competency of the defendant, the defendant SEMYON BUMAGIN be transferred forthwith from the Metropolitan Detention Center in Brooklyn, New York to a Bureau of Prisons ("BOP") facility that performs psychiatric or psychological evaluations consistent with the provisions of that statute ("suitable BOP facility"); and it is further

ORDERED that the BOP conduct a psychiatric or psychological evaluation consistent with Title 18, United States Code, Section 4241(b) at a suitable BOP facility; and it is further

ORDERED that the BOP complete the evaluation of the defendant SEMYON BUMAGIN within 30 days of the defendant's transfer to a suitable BOP facility; and it is further

ORDERED that the BOP report the results of its psychiatric or psychological evaluation to the Court within a reasonable period of time following the conclusion of the evaluation.

Dated:   Brooklyn, New York
         June 21, 2012

s/WFK

_____
THE HONORABLE WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK