TRULINCS 18087053 - BUMAGIN, SEMYON - Unit: BRO-H-B

---

FROM: 18087053
TO:
SUBJECT: letter to judge
DATE: 08/17/2014 05:55:54 PM

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 19 2014 ★
2:40 PM · RV

BROOKLYN OFFICE

Semyon Bumagin
#18087-053
Metropolitan Detention Center
PO Box 329002
Brooklyn, NY 11232

August 17, 2014

Honorable William F. Kuntz II
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Semyon Bumagin
      Docket No. 11-800 (WFK)

Honorable Judge Kuntz,

Please allow me a few minutes of your time. I was in your court room recently, during which time you asked me which facility I would like to be transferred to. I made the mistake in requesting to go to Fort Devons. Your Honor, I feel that this would be a big mistake for my health. I have several medical conditions, including liver cancer. I believe that I will receive the best medical care at the federal medical center at Butner, North Carolina.

Thank you for your time and consideration in this delicate matter, and may God bless you.

Sincerely,
*[signature]*
Semyon Bumagin+

Semyon Bumagin # 18087-053
Metropolitan Detention Center
PO Box 329002
Brooklyn, NY 11232

Legal Mail

NEW YORK NY 100
18 AUG 2014 PM 4 L

Honorable William F. Kuntz II
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201