

U.S. Department of Justice

United States Attorney
Eastern District of New York

JDG:KMT
F. # 2011R01816

271 Cadman Plaza East
Brooklyn, New York 11201

August 20, 2014

<u>By Hand and ECF</u>

The Honorable William F. Kuntz, II
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Semyon Bumagin
            <u>Criminal Case No. 11-800 (WFK)</u>

        The government writes in response to the Court's order, issued orally on July 22, 2014 and by ECF on July 24, 2014, that the defendant in the above-captioned matter be transferred from the Metropolitan Detention Center in Brooklyn, New York ("MDC") to a federal medical center in Ayer, Massachusetts ("FMC Devens"), until the next scheduled appearance before Your Honor on December 15, 2014.  Following the competency hearing before Your Honor on July 21-22, 2014, the Bureau of Prisons ("BOP") evaluated the defendant and determined that he has received and continues to receive adequate medical care at MDC.  (<u>See</u> Exhibit A (August 19, 2014 letter from BOP Staff Attorney Kenneth Bork regarding defendant's medical care at MDC).[1])  Accordingly, the US Marshals Service, the BOP and the undersigned jointly and respectfully request that the defendant continue to

---

      [1] In light of the fact that the BOP letter enclosed with this letter as Exhibit A contains personal medical information of the defendant, the government respectfully requests that Exhibit A be maintained under seal.

be housed at MDC until the next appearance before Your Honor on December 15, 2014. In accordance with Your Honor's order of July 24, 2014, the parties will appear before Your Honor for a status conference on August 29, 2014 at 2 p.m.

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                    United States Attorney

By:         /s/
                                    Kevin Trowel
                                    Assistant U.S. Attorney
                                    (718) 254-6351

Enclosure

cc:     Zoe Dolan, Esq. (by ECF and Email)
        Clerk of the Court (WFK) (by ECF and Email) (w/o enclosure)