

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KMT
F. # 2011R01816

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 22, 2014

By FedEx and ECF

Zoe J. Dolan, Esq.
154 Grand Street
New York, NY 10013

    Re: United States v. Bumagin
      Criminal Case No. 11-800 (WFK)

Dear Ms. Dolan:

  Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed additional discovery in the above-referenced matter. The government also renews its request for reciprocal discovery.

  Enclosed please find the following materials:

| Exhibit | Description |
|---|---|
| 39 | Compact Disc ("CD") containing recorded telephone calls from the Metropolitan Detention Center, Brooklyn, New York ("MDC") that were recorded between January 30, 2014 and July 28, 2014. |

  Should you have any questions or requests, please do not hesitate to contact me.

            Very truly yours,

            LORETTA E. LYNCH
            United States Attorney

         By:  /s/
            Kevin Trowel
            Assistant U.S. Attorney
            (718) 254-6351

Enclosure
Cc: Clerk of Court (WFK) (w/o enclosure) (by ECF)