# Zoë Dolan

www.zoedolan.com      Attorney At Law      154 Grand Street
zdolan@gmail.com      Admitted NY & CA      New York, NY 10013
(347) 301-5180

September 29, 2014

Hon. William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *United States v. Bumagin*, 11 Cr. 800

Dear Judge Kuntz:

    This letter is submitted to provide the Court with Exhibits for the defendant's Memorandum of Law Concerning Competency Proceedings. The Exhibits are:

| Exhibit No. | Description |
|---|---|
| 3 | July 22, 2014 Hearing Transcript |
| 5 | July 21, 2014 Hearing Transcript |

Sealed exhibits are filed under separate cover.

                                        Sincerely,
                                        s/
                                        Zoë Dolan

Cc:    AUSA James Gatta
         AUSA Jacqueline Kasulis
         AUSA Kevin Trowel