JDG:KMT
F.#2011R01816

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | APPLICATION |
| - against - | 11 CR 800 (WFK) |
| SEMYON BUMAGIN, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

      COMES NOW LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Kevin Trowel, here applies for an order pursuant to the All Writs Act, 28 U.S.C. § 1651, directing the federal Bureau of Prisons, with assistance as necessary from the United States Marshals Service ("USMS"), or any other federal agency, to use all necessary force to secure the appearance of SEMYON BUMAGIN, inmate number 18087-053, to appear in Court on December 2, 2014 for a status conference before the Honorable William F. Kuntz, II.  In support of this Application, your deponent states as follows:

      1.     On April 23, 2013, Manny Coll, Acting Warden of FMC Butner, in Butner, North Carolina, issued a Certificate of Restoration of Competency as to the defendant SEMYON BUMAGIN (the "Coll Certificate").

      2.     After the Coll Certificate was issued on April 23, 2013, the Court held four status conferences in this matter: May 29 2013, August 9, 2013, September 13, 2013, and December 30, 2013.  Prior to each of these status conferences, the government requested that the United States Marshals Service ("USMS") transport the defendant from the Metropolitan

Detention Center in Brooklyn, New York ("MDC"), where he is presently housed, to the Eastern District of New York ("EDNY") district courthouse in Brooklyn, New York, in order to facilitate the defendant's appearance at those status conferences.

3. The defendant was produced by the USMS for the May 29, 2013 status conference before Your Honor. USMS records indicate, however, that on August 9, 2013, September 13, 2013 and December 30, 2013, the defendant refused to board the bus that transports inmates from the MDC to the EDNY district courthouse in Brooklyn. Your Honor so indicated on the docket sheet in this matter, noting on August 9, 2013 that the defendant "refused to board the bus that transports inmates from the MDC to the district court"; on September 13, 2013 that the defendant was not present because he "did not want to board the bus"; and on December 30, 2013 that the defendant was not present "and previously waived his right to be present."

4. The Court held a competency hearing in this matter on July 21 and 22, 2014. In light of the defendant's prior refusals to appear, prior to the hearing, the Court entered a force order pursuant to 28 U.S.C. § 1651, dated July 17, 2014, to ensure the appearance of the defendant for both days of the hearing. As required by the Court's order, the United States Marshals Service produced the defendant for both days of the hearing.

5. In advance of the status conference on December 2, 2014, the government requests that the Court enter the attached order to ensure the appearance of the defendant. The United States Marshals Service has advised the government that the attached Order is the appropriate means to ensure the appearance of the defendant SEMYON BUMAGIN on December 2, 2014.

    6. Defense counsel has informed the undersigned that she objects to the entry of such an order.

  For the foregoing reasons, the United States respectfully requests that this Court order the Bureau of Prisons, with assistance as necessary from the United States Marshals Service, or any federal officer, to use all necessary force to secure the appearance of SEMYON BUMAGIN on December 2, 2014. Your deponent declares that the foregoing is true and correct to the best of his knowledge and belief.

Dated:  Brooklyn, New York
     November 24, 2014

            LORETTA E. LYNCH
            United States Attorney
            Eastern District of New York

       By:   /s/
           Kevin Trowel
           Assistant U.S. Attorney
           (718) 254-6351

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA,           O R D E R

  - against -

                                   11 CR 800 (WFK)

SEMYON BUMAGIN,

                 Defendant.

------------------------------X

         This matter comes before the Court on the Application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Kevin Trowel, Assistant United States Attorney, for an order permitting the use of appropriate means, including necessary force, to compel the production of SEMYON BUMAGIN, inmate number 18087-053, to appear before the Court on December 2, 2014.

         The Court finds that the Application is made in good faith and that there is a reasonable belief that the requested relief is necessary to secure the production of SEMYON BUMAGIN on December 2, 2014.

It is, therefore, ORDERED, pursuant to 28 U.S.C. § 1651, that the Bureau of Prisons, the United States Marshals Service, or any federal officer, shall use all reasonable force to secure the appearance of SEMYON BUMAGIN on December 2, 2014.

Dated:      Brooklyn, New York
            _____, 2014

_____
THE HONORABLE WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK