

U.S. Department of Justice

United States Attorney
Eastern District of New York

JDG:KMT/MKP
F. # 2011R01816

271 Cadman Plaza East
Brooklyn, New York 11201

September 9, 2015

<u>By ECF</u>

The Honorable William F. Kuntz, II
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Semyon Bumagin
                <u>Criminal Case No. 11-800 (WFK)</u>

Dear Judge Kuntz:

      The government writes in connection with the Court's September 3, 2015 Order (Dkt. No. 144) (the "Order"), in which the Court, pursuant to a motion by the defendant on that date, directed the government to among other things, "[f]ile a list of any and all recordings it may introduce at trial in this matter, whether in its case-in-chief or otherwise," and to "[p]rovide the defense Russian interpreter . . . with a copy of any such recordings containing conversations in the Russian language," with the recordings "label[ed] . . . so that any electronic files indicate the date and time of the corresponding recording." Accordingly, filed with this letter is a spreadsheet listing recordings made in connection with this case (all of which have previously been disclosed in Rule 16 discovery to the defendant), including consensual recordings of the defendant made by a cooperating witness, and recorded telephone calls from the Metropolitan Detention Center in Brooklyn, New York, where the defendant has been detained pretrial. This spreadsheet includes a list of the electronic file names associated with each of those recordings, with each file name indicating the date of the corresponding recording. Under separate cover and pursuant to the Court's order we have also produced this spreadsheet, and a copy of all the recordings identified in it, to the defense's interpreter, Andrew Tarutz.

      On August 12, 2015, as a courtesy to defense counsel, we identified the transcripts of the consensual recordings we intend, at this point, to use in our case-in-chief. If there are any other recordings (and associated transcripts) that the government intends to use in our case-in-chief, we will identify them on or before September 21, 2015, the date set by the Court for the production of trial exhibits. Until we have an opportunity to consider the

defense's opening, cross-examination of our witnesses, and any case the defense chooses to present, the government is unable to specifically identify at this time which additional recordings, if any, we might seek to offer in any rebuttal case.

                                                Respectfully submitted,

                                                KELLY T. CURRIE
                                                Acting United States Attorney

                              By:       /s/
                                                  Kevin Trowel
                                                Moira Kim Penza
                                                Assistant U.S. Attorneys
                                                (718) 254-6351/6454

cc:      Zoe Dolan, Esq. (by ECF)

| Recordings ||||
|---|---|---|---|
| Date of Recording | File Name | Exhibit # | Production Date |
| Exhibit 9 ||||
| 08/10/10 | 2010.08.10 ABRAHAMS.001.wav | 9 | 1/6/2012 |
| 08/10/10 | 2010.08.10 ABRAHAMS.002.wav | 9 | 1/6/2012 |
| 08/10/10 | 2010.08.10 ABRAHAMS.003.wav | 9 | 1/6/2012 |
| Exhibit 10 ||||
| 08/13/10 | 2010.08.13 ABRAHAMS.001.wav | 10 | 1/6/2012 |
| 08/17/10 | 2010.08.17 ABRAHAMS.002.wav | 10 | 1/6/2012 |
| Exhibit 11 ||||
| 08/31/11 | 2011.08.31 RAZZAGONE.001.avi | 11 | 1/6/2012 |
| 08/31/11 | 2011.08.31 RAZZAGONE.002.avi | 11 | 1/6/2012 |
| 08/31/11 | 2011.08.31 RAZZAGONE.003.avi | 11 | 1/6/2012 |
| 08/31/11 | 2011.08.31 RAZZAGONE.004.avi | 11 | 1/6/2012 |
| 08/31/11 | 2011.08.31 RAZZAGONE.005.avi | 11 | 1/6/2012 |
| 08/31/11 | 2011.08.31 RAZZAGONE.006.avi | 11 | 1/6/2012 |
| 08/31/11 | 2011.08.31 RAZZAGONE.007.avi | 11 | 1/6/2012 |
| Exhibit 12 ||||
| 08/31/11 | 2011.08.31 RAZZAGONE.001.wav | 12 | 1/6/2012 |
| 08/31/11 | 2011.08.31 RAZZAGONE.002.wav | 12 | 1/6/2012 |
| 08/31/11 | 2011.08.31 RAZZAGONE.003.wav | 12 | 1/6/2012 |
| Exhibit 13 ||||
| 09/04/11 | 2011.09.04 razzagone_001.AVI | 13 | 1/6/2012 |
| 09/04/11 | 2011.09.04 razzagone_002.AVI | 13 | 1/6/2012 |
| 09/06/11 | 2011.09.06 razzagone_003.AVI | 13 | 1/6/2012 |
| 09/06/11 | 2011.09.06 razzagone_004.AVI | 13 | 1/6/2012 |
| 09/06/11 | 2011.09.06 razzagone_005.AVI | 13 | 1/6/2012 |
| 09/07/11 | 2011.09.07 razzagone_006.AVI | 13 | 1/6/2012 |
| 09/07/11 | 2011.09.07 razzagone_007.AVI | 13 | 1/6/2012 |
| 09/07/11 | 2011.09.07 razzagone_008.AVI | 13 | 1/6/2012 |
| 09/07/11 | 2011.09.07 razzagone_009.AVI | 13 | 1/6/2012 |
| 09/07/11 | 2011.09.07 razzagone_010.AVI | 13 | 1/6/2012 |
| Exhibit 14 ||||
| 09/28/11 | 2011.09.28 ABRAHAMS_002.avi | 14 | 1/6/2012 |
| 09/28/11 | 2011.09.28 ABRAHAMS_003.avi | 14 | 1/6/2012 |
| 09/28/11 | 2011.09.28 ABRAHAMS_004.avi | 14 | 1/6/2012 |
| 10/08/11 | 2011.10.08 ABRAHAMS_006.avi | 14 | 1/6/2012 |
| 10/08/11 | 2011.10.08 ABRAHAMS_007.avi | 14 | 1/6/2012 |
| 10/08/11 | 2011.10.08 ABRAHAMS_008.avi | 14 | 1/6/2012 |
| 10/08/11 | 2011.10.08 ABRAHAMS_009.avi | 14 | 1/6/2012 |
| 10/08/11 | 2011.10.08 ABRAHAMS_010.avi | 14 | 1/6/2012 |
| Exhibit 15 ||||
| 10/07/11 | 2011.10.07 ABRAHAMS_001.wav | 15 | 1/6/2012 |
| 10/08/11 | 2011.10.08 ABRAHAMS_002.wav | 15 | 1/6/2012 |

| | Recordings | | |
|---|---|---|---|
| Date of Recording | File Name | Exhibit # | Production Date |
| **Exhibit 16** | | | |
| 10/18/11 | 2011.10.18 ABRAHAMS_001.wav | 16 | 1/6/2012 |
| **Exhibit 17** | | | |
| 10/14/11 | 2011.10.14 ABRAHAMS_001.avi | 17 | 1/6/2012 |
| 10/14/11 | 2011.10.14 ABRAHAMS_002.avi | 17 | 1/6/2012 |
| 10/15/11 | 2011.10.15 ABRAHAMS_003.avi | 17 | 1/6/2012 |
| 10/15/11 | 2011.10.15 ABRAHAMS_004.avi | 17 | 1/6/2012 |
| 10/17/11 | 2011.10.17 ABRAHAMS_005.avi | 17 | 1/6/2012 |
| 10/17/11 | 2011.10.17 ABRAHAMS_006.avi | 17 | 1/6/2012 |
| 10/17/11 | 2011.10.17 ABRAHAMS_007.avi | 17 | 1/6/2012 |
| 10/17/11 | 2011.10.17 ABRAHAMS_008.avi | 17 | 1/6/2012 |
| **Exhibit 18** | | | |
| 10/11/11 | 2011.10.11  ABRAHAMS_001.wav | 18 | 1/6/2012 |
| 10/11/11 | 2011.10.11ABRAHAMS_002.wav | 18 | 1/6/2012 |
| 10/11/11 | 2011.10.11 ABRAHAMS_003.wav | 18 | 1/6/2012 |
| 10/11/11 | 2011.10.11 ABRAHAMS_004.wav | 18 | 1/6/2012 |
| 10/15/11 | 2011.10.15 ABRAHAMS_005.wav | 18 | 1/6/2012 |
| **Exhibit 19** | | | |
| 10/17/11 | 2011.10.17 ABRAHAMS_001.wav | 19 | 1/6/2012 |
| 10/19/11 | 2011.10.19 ABRAHAMS_002.wav | 19 | 1/6/2012 |
| 10/19/11 | 2011.10.19 ABRAHAMS_003.wav | 19 | 1/6/2012 |
| **Exhibit 20** | | | |
| 08/17/10 | Header_topside1282_08-17-2010_103922AM.wav | 20 | 1/6/2012 |
| 08/17/10 | Header_topside1282_08-17-2010_105225AM.wav | 20 | 1/6/2012 |
| 08/17/10 | Header_topside1282_08-17-2010_110637AM.wav | 20 | 1/6/2012 |
| 08/18/10 | Header_topside1282_08-18-2010_072028PM.wav | 20 | 1/6/2012 |
| 08/10/10 | Out_topside1282_08-10-2010_021726PM.wav | 20 | 1/6/2012 |
| 08/17/10 | Out_topside1282_08-17-2010_103922AM.wav | 20 | 1/6/2012 |
| 08/17/10 | Out_topside1282_08-17-2010_105225AM.wav | 20 | 1/6/2012 |
| 08/17/10 | Out_topside1282_08-17-2010_110637AM.wav | 20 | 1/6/2012 |
| 08/18/10 | Out_topside1282_08-18-2010_072028PM.wav | 20 | 1/6/2012 |
| 09/19/11 | Header_topside1282_09-19-2011_042633PM.wav | 20 | 1/6/2012 |
| 09/19/11 | Header_topside1282_09-19-2011_043916PM.wav | 20 | 1/6/2012 |
| 09/19/11 | Header_topside1282_09-19-2011_125713PM.wav | 20 | 1/6/2012 |
| 09/21/11 | Header_topside1282_09-21-2011_044257PM.wav | 20 | 1/6/2012 |
| 09/23/11 | Header_topside1282_09-23-2011_112123AM.wav | 20 | 1/6/2012 |
| 09/19/11 | Out_topside1282_09-19-2011_042633PM.wav | 20 | 1/6/2012 |
| 09/19/11 | Out_topside1282_09-19-2011_043916PM.wav | 20 | 1/6/2012 |
| 09/19/11 | Out_topside1282_09-19-2011_125713PM.wav | 20 | 1/6/2012 |
| 09/21/11 | Out_topside1282_09-21-2011_044257PM.wav | 20 | 1/6/2012 |
| 09/23/11 | Out_topside1282_09-23-2011_112123AM.wav | 20 | 1/6/2012 |
| **Exhibit 30** | | | |

| Recordings | | | |
|---|---|---|---|
| Date of Recording | File Name | Exhibit # | Production Date |
| 04/30/10 | 2010.04.30 ABRAHAMS.001.wav | 30 | 2/13/2012 |
| 04/30/10 | 2010.04.30 ABRAHAMS.002.wav | 30 | 2/13/2012 |
| 04/30/10 | 2010.04.30 ABRAHAMS.003.wav | 30 | 2/13/2012 |
| **Exhibit 31** | | | |
| 08/06/10 | 2010.08.10 hawk | 31 | 2/13/2012 |
| **Exhibit 32** | | | |
| 11/9/2011 | 18087053_Nov_09_2011_08_04_39_AM_7183720280.wav | 32 | 7/6/2012 |
| 11/10/2011 | 18087053_Nov_10_2011_07_18_59_AM_7183720280.wav | 32 | 7/6/2012 |
| 11/10/2011 | 18087053_Nov_10_2011_08_40_01_AM_7183720280.wav | 32 | 7/6/2012 |
| 11/10/2011 | 18087053_Nov_10_2011_12_07_24_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/10/2011 | 18087053_Nov_10_2011_13_25_05_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/10/2011 | 18087053_Nov_10_2011_19_32_20_PM_7183720280.wav | 32 | 7/6/2012 |
| 11/10/2011 | 18087053_Nov_10_2011_21_03_49_PM_7184493375.wav | 32 | 7/6/2012 |
| 11/11/2011 | 18087053_Nov_11_2011_08_26_10_AM_7183720280.wav | 32 | 7/6/2012 |
| 11/11/2011 | 18087053_Nov_11_2011_18_01_14_PM_7184493375.wav | 32 | 7/6/2012 |
| 11/11/2011 | 18087053_Nov_11_2011_19_43_40_PM_7184493375.wav | 32 | 7/6/2012 |
| 11/12/2011 | 18087053_Nov_12_2011_09_08_41_AM_7184493375.wav | 32 | 7/6/2012 |
| 11/12/2011 | 18087053_Nov_12_2011_13_32_31_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/12/2011 | 18087053_Nov_12_2011_15_02_42_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/12/2011 | 18087053_Nov_12_2011_17_56_37_PM_6466375667.wav | 32 | 7/6/2012 |
| 11/12/2011 | 18087053_Nov_12_2011_20_00_10_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/13/2011 | 18087053_Nov_13_2011_11_09_45_AM_7183720280.wav | 32 | 7/6/2012 |
| 11/13/2011 | 18087053_Nov_13_2011_13_30_07_PM_6466375667.wav | 32 | 7/6/2012 |
| 11/13/2011 | 18087053_Nov_13_2011_17_42_13_PM_6466375667.wav | 32 | 7/6/2012 |
| 11/13/2011 | 18087053_Nov_13_2011_19_01_50_PM_2129458186.wav | 32 | 7/6/2012 |
| 11/13/2011 | 18087053_Nov_13_2011_20_30_40_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/14/2011 | 18087053_Nov_14_2011_08_22_56_AM_7183720280.wav | 32 | 7/6/2012 |
| 11/14/2011 | 18087053_Nov_14_2011_10_18_41_AM_8043076883.wav | 32 | 7/6/2012 |
| 11/14/2011 | 18087053_Nov_14_2011_13_45_15_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/14/2011 | 18087053_Nov_14_2011_17_48_29_PM_6466375667.wav | 32 | 7/6/2012 |
| 11/14/2011 | 18087053_Nov_14_2011_20_24_56_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/15/2011 | 18087053_Nov_15_2011_08_21_30_AM_7183720280.wav | 32 | 7/6/2012 |
| 11/15/2011 | 18087053_Nov_15_2011_13_56_55_PM_6466375667.wav | 32 | 7/6/2012 |
| 11/15/2011 | 18087053_Nov_15_2011_17_35_01_PM_6466375667.wav | 32 | 7/6/2012 |
| 11/15/2011 | 18087053_Nov_15_2011_18_43_04_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/15/2011 | 18087053_Nov_15_2011_20_08_23_PM_7183720280.wav | 32 | 7/6/2012 |
| 11/16/2011 | 18087053_Nov_16_2011_15_19_15_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/16/2011 | 18087053_Nov_16_2011_18_22_18_PM_6466375667.wav | 32 | 7/6/2012 |
| 11/16/2011 | 18087053_Nov_16_2011_21_21_03_PM_7183720280.wav | 32 | 7/6/2012 |
| 11/17/2011 | 18087053_Nov_17_2011_09_20_40_AM_8043076883.wav | 32 | 7/6/2012 |
| 11/17/2011 | 18087053_Nov_17_2011_17_46_31_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/17/2011 | 18087053_Nov_17_2011_19_06_41_PM_6466375667.wav | 32 | 7/6/2012 |
| 11/18/2011 | 18087053_Nov_18_2011_08_20_15_AM_8043076883.wav | 32 | 7/6/2012 |

| Recordings | | | |
|---|---|---|---|
| Date of Recording | File Name | Exhibit # | Production Date |
| 11/18/2011 | 18087053_Nov_18_2011_17_21_09_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/18/2011 | 18087053_Nov_18_2011_20_03_09_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/19/2011 | 18087053_Nov_19_2011_11_15_21_AM_6466375667.wav | 32 | 7/6/2012 |
| 11/19/2011 | 18087053_Nov_19_2011_13_05_24_PM_7183720280.wav | 32 | 7/6/2012 |
| 11/19/2011 | 18087053_Nov_19_2011_18_10_03_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/19/2011 | 18087053_Nov_19_2011_19_39_55_PM_6466375667.wav | 32 | 7/6/2012 |
| 11/19/2011 | 18087053_Nov_19_2011_21_14_50_PM_3472033403.wav | 32 | 7/6/2012 |
| 11/20/2011 | 18087053_Nov_20_2011_09_12_45_AM_6466375667.wav | 32 | 7/6/2012 |
| 11/20/2011 | 18087053_Nov_20_2011_11_50_09_AM_7183720280.wav | 32 | 7/6/2012 |
| 11/20/2011 | 18087053_Nov_20_2011_17_40_00_PM_7183720280.wav | 32 | 7/6/2012 |
| 11/20/2011 | 18087053_Nov_20_2011_19_09_17_PM_6466375667.wav | 32 | 7/6/2012 |
| 11/22/2011 | 18087053_Nov_22_2011_12_16_16_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/22/2011 | 18087053_Nov_22_2011_14_01_56_PM_6466375667.wav | 32 | 7/6/2012 |
| 11/22/2011 | 18087053_Nov_22_2011_19_29_47_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/23/2011 | 18087053_Nov_23_2011_11_17_33_AM_8043076883.wav | 32 | 7/6/2012 |
| 11/23/2011 | 18087053_Nov_23_2011_14_13_30_PM_6466375667.wav | 32 | 7/6/2012 |
| 11/23/2011 | 18087053_Nov_23_2011_18_16_35_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/23/2011 | 18087053_Nov_23_2011_20_15_34_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/24/2011 | 18087053_Nov_24_2011_13_07_04_PM_7183720280.wav | 32 | 7/6/2012 |
| 11/24/2011 | 18087053_Nov_24_2011_18_03_00_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/25/2011 | 18087053_Nov_25_2011_11_58_21_AM_8043076883.wav | 32 | 7/6/2012 |
| 11/25/2011 | 18087053_Nov_25_2011_13_09_42_PM_6466375667.wav | 32 | 7/6/2012 |
| 11/25/2011 | 18087053_Nov_25_2011_18_16_46_PM_6466375667.wav | 32 | 7/6/2012 |
| 11/25/2011 | 18087053_Nov_25_2011_20_13_50_PM_7183720280.wav | 32 | 7/6/2012 |
| 11/26/2011 | 18087053_Nov_26_2011_11_18_11_AM_7183720280.wav | 32 | 7/6/2012 |
| 11/26/2011 | 18087053_Nov_26_2011_13_01_45_PM_7183720280.wav | 32 | 7/6/2012 |
| 11/26/2011 | 18087053_Nov_26_2011_14_46_17_PM_6466375667.wav | 32 | 7/6/2012 |
| 11/27/2011 | 18087053_Nov_27_2011_11_43_49_AM_6466375667.wav | 32 | 7/6/2012 |
| 11/27/2011 | 18087053_Nov_27_2011_17_32_18_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/27/2011 | 18087053_Nov_27_2011_18_41_21_PM_6466375667.wav | 32 | 7/6/2012 |
| 11/27/2011 | 18087053_Nov_27_2011_20_19_43_PM_6466375667.wav | 32 | 7/6/2012 |
| 11/28/2011 | 18087053_Nov_28_2011_12_48_52_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/28/2011 | 18087053_Nov_28_2011_14_17_12_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/28/2011 | 18087053_Nov_28_2011_18_18_01_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/28/2011 | 18087053_Nov_28_2011_20_59_39_PM_7183720280.wav | 32 | 7/6/2012 |
| 11/29/2011 | 18087053_Nov_29_2011_17_45_11_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/29/2011 | 18087053_Nov_29_2011_19_25_47_PM_6466375667.wav | 32 | 7/6/2012 |
| 11/30/2011 | 18087053_Nov_30_2011_11_03_25_AM_8043076883.wav | 32 | 7/6/2012 |
| 11/30/2011 | 18087053_Nov_30_2011_12_20_02_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/30/2011 | 18087053_Nov_30_2011_17_26_51_PM_8043076883.wav | 32 | 7/6/2012 |
| 11/30/2011 | 18087053_Nov_30_2011_20_16_54_PM_6466375667.wav | 32 | 7/6/2012 |
| 12/1/2011 | 18087053_Dec_01_2011_08_49_50_AM_7183720280.wav | 32 | 7/6/2012 |
| 12/1/2011 | 18087053_Dec_01_2011_10_38_14_AM_8043076883.wav | 32 | 7/6/2012 |

| Recordings | | | |
|---|---|---|---|
| Date of Recording | File Name | Exhibit # | Production Date |
| 12/1/2011 | 18087053_Dec_01_2011_15_20_17_PM_8043076883.wav | 32 | 7/6/2012 |
| 12/1/2011 | 18087053_Dec_01_2011_17_51_27_PM_8043076883.wav | 32 | 7/6/2012 |
| 12/1/2011 | 18087053_Dec_01_2011_21_22_30_PM_6466375667.wav | 32 | 7/6/2012 |
| 12/2/2011 | 18087053_Dec_02_2011_10_13_26_AM_8043076883.wav | 32 | 7/6/2012 |
| 12/2/2011 | 18087053_Dec_02_2011_17_47_18_PM_8043076883.wav | 32 | 7/6/2012 |
| 12/2/2011 | 18087053_Dec_02_2011_19_35_27_PM_6466375667.wav | 32 | 7/6/2012 |
| 12/2/2011 | 18087053_Dec_02_2011_20_49_26_PM_8043076883.wav | 32 | 7/6/2012 |
| 12/3/2011 | 18087053_Dec_03_2011_08_35_17_AM_7183720280.wav | 32 | 7/6/2012 |
| 12/3/2011 | 18087053_Dec_03_2011_12_03_38_PM_8043076883.wav | 32 | 7/6/2012 |
| 12/3/2011 | 18087053_Dec_03_2011_17_27_07_PM_8043076883.wav | 32 | 7/6/2012 |
| 12/3/2011 | 18087053_Dec_03_2011_18_48_45_PM_9549903636.wav | 32 | 7/6/2012 |
| 12/3/2011 | 18087053_Dec_03_2011_20_32_19_PM_6466375667.wav | 32 | 7/6/2012 |
| 12/4/2011 | 18087053_Dec_04_2011_13_48_44_PM_8043076883.wav | 32 | 7/6/2012 |
| 12/4/2011 | 18087053_Dec_04_2011_15_10_38_PM_9549903636.wav | 32 | 7/6/2012 |
| 12/4/2011 | 18087053_Dec_04_2011_19_22_17_PM_8043076883.wav | 32 | 7/6/2012 |
| 12/5/2011 | 18087053_Dec_05_2011_11_36_22_AM_6466375667.wav | 32 | 7/6/2012 |
| 12/5/2011 | 18087053_Dec_05_2011_17_37_54_PM_8043076883.wav | 32 | 7/6/2012 |
| 12/6/2011 | 18087053_Dec_06_2011_09_56_11_AM_8043076883.wav | 32 | 7/6/2012 |
| 12/6/2011 | 18087053_Dec_06_2011_13_11_11_PM_8043076883.wav | 32 | 7/6/2012 |
| 12/6/2011 | 18087053_Dec_06_2011_15_07_41_PM_8043076883.wav | 32 | 7/6/2012 |
| 12/6/2011 | 18087053_Dec_06_2011_17_42_46_PM_8043076883.wav | 32 | 7/6/2012 |
| 12/6/2011 | 18087053_Dec_06_2011_20_39_00_PM_7183720280.wav | 32 | 7/6/2012 |
| 12/7/2011 | 18087053_Dec_07_2011_13_43_09_PM_9549903636.wav | 32 | 7/6/2012 |
| 12/7/2011 | 18087053_Dec_07_2011_15_12_53_PM_8043076883.wav | 32 | 7/6/2012 |
| 12/7/2011 | 18087053_Dec_07_2011_17_09_00_PM_8043076883.wav | 32 | 7/6/2012 |
| 12/8/2011 | 18087053_Dec_08_2011_14_00_44_PM_8043076883.wav | 32 | 7/6/2012 |
| 12/8/2011 | 18087053_Dec_08_2011_19_00_49_PM_8043076883.wav | 32 | 7/6/2012 |
| 12/9/2011 | 18087053_Dec_09_2011_08_01_59_AM_7183720280.wav | 32 | 7/6/2012 |
| 12/9/2011 | 18087053_Dec_09_2011_21_25_02_PM_7183720280.wav | 32 | 7/6/2012 |
| 12/10/2011 | 18087053_Dec_10_2011_14_02_44_PM_8043076883.wav | 32 | 7/6/2012 |
| 12/10/2011 | 18087053_Dec_10_2011_15_14_38_PM_6466375667.wav | 32 | 7/6/2012 |
| 12/10/2011 | 18087053_Dec_10_2011_18_57_35_PM_9172389992.wav | 32 | 7/6/2012 |
| 12/10/2011 | 18087053_Dec_10_2011_20_22_59_PM_7183720280.wav | 32 | 7/6/2012 |
| 12/11/2011 | 18087053_Dec_11_2011_11_47_31_AM_8043076883.wav | 32 | 7/6/2012 |
| 12/11/2011 | 18087053_Dec_11_2011_13_52_54_PM_8043076883.wav | 32 | 7/6/2012 |
| Exhibit 33 | | | |
| 12/22/2011 | 18087053_Dec_22_2011_10_34_01_AM_8043076883.wav | 33 | 7/6/2012 |
| 12/22/2011 | 18087053_Dec_22_2011_12_39_38_PM_8043076883.wav | 33 | 7/6/2012 |
| 12/22/2011 | 18087053_Dec_22_2011_14_12_10_PM_9549903636.wav | 33 | 7/6/2012 |
| 12/22/2011 | 18087053_Dec_22_2011_16_54_37_PM_6466375667.wav | 33 | 7/6/2012 |
| 12/23/2011 | 18087053_Dec_23_2011_12_23_52_PM_8043076883.wav | 33 | 7/6/2012 |
| 12/23/2011 | 18087053_Dec_23_2011_18_38_08_PM_8043076883.wav | 33 | 7/6/2012 |
| 12/23/2011 | 18087053_Dec_23_2011_20_55_50_PM_7183720280.wav | 33 | 7/6/2012 |

| Recordings | | | |
|---|---|---|---|
| **Date of Recording** | **File Name** | **Exhibit #** | **Production Date** |
| 12/24/2011 | 18087053_Dec_24_2011_12_44_01_PM_7183720280.wav | 33 | 7/6/2012 |
| 12/24/2011 | 18087053_Dec_24_2011_20_02_59_PM_6466375667.wav | 33 | 7/6/2012 |
| 12/25/2011 | 18087053_Dec_25_2011_12_33_56_PM_8043076883.wav | 33 | 7/6/2012 |
| 12/25/2011 | 18087053_Dec_25_2011_17_31_08_PM_8043076883.wav | 33 | 7/6/2012 |
| 12/26/2011 | 18087053_Dec_26_2011_12_10_25_PM_8043076883.wav | 33 | 7/6/2012 |
| 12/26/2011 | 18087053_Dec_26_2011_16_59_33_PM_8043076883.wav | 33 | 7/6/2012 |
| 12/26/2011 | 18087053_Dec_26_2011_18_57_18_PM_8043076883.wav | 33 | 7/6/2012 |
| 12/27/2011 | 18087053_Dec_27_2011_17_10_06_PM_8043076883.wav | 33 | 7/6/2012 |
| 12/28/2011 | 18087053_Dec_28_2011_09_20_43_AM_8043076883.wav | 33 | 7/6/2012 |
| 12/28/2011 | 18087053_Dec_28_2011_11_06_45_AM_8043076883.wav | 33 | 7/6/2012 |
| 12/28/2011 | 18087053_Dec_28_2011_14_17_14_PM_6466375667.wav | 33 | 7/6/2012 |
| 12/29/2011 | 18087053_Dec_29_2011_09_34_51_AM_8043076883.wav | 33 | 7/6/2012 |
| 12/29/2011 | 18087053_Dec_29_2011_17_36_15_PM_8043076883.wav | 33 | 7/6/2012 |
| 12/30/2011 | 18087053_Dec_30_2011_12_46_20_PM_8043076883.wav | 33 | 7/6/2012 |
| 12/30/2011 | 18087053_Dec_30_2011_19_18_20_PM_8043076883.wav | 33 | 7/6/2012 |
| 12/31/2011 | 18087053_Dec_31_2011_11_01_28_AM_7183720280.wav | 33 | 7/6/2012 |
| 12/31/2011 | 18087053_Dec_31_2011_14_03_52_PM_7183720280.wav | 33 | 7/6/2012 |
| 12/31/2011 | 18087053_Dec_31_2011_17_58_59_PM_8043076883.wav | 33 | 7/6/2012 |
| 1/1/2012 | 18087053_Jan_01_2012_11_47_05_AM_2129458186.wav | 33 | 7/6/2012 |
| 1/1/2012 | 18087053_Jan_01_2012_14_48_56_PM_2129458186.wav | 33 | 7/6/2012 |
| 1/1/2012 | 18087053_Jan_01_2012_17_48_06_PM_8043076883.wav | 33 | 7/6/2012 |
| 1/1/2012 | 18087053_Jan_01_2012_21_20_01_PM_8043076883.wav | 33 | 7/6/2012 |
| 1/2/2012 | 18087053_Jan_02_2012_09_05_00_AM_6466375667.wav | 33 | 7/6/2012 |
| 1/2/2012 | 18087053_Jan_02_2012_12_45_44_PM_8043076883.wav | 33 | 7/6/2012 |
| 1/2/2012 | 18087053_Jan_02_2012_14_34_03_PM_9172389992.wav | 33 | 7/6/2012 |
| 1/3/2012 | 18087053_Jan_03_2012_10_33_27_AM_8043076883.wav | 33 | 7/6/2012 |
| 1/3/2012 | 18087053_Jan_03_2012_19_10_59_PM_8043076883.wav | 33 | 7/6/2012 |
| 1/4/2012 | 18087053_Jan_04_2012_14_26_43_PM_8043076883.wav | 33 | 7/6/2012 |
| 1/4/2012 | 18087053_Jan_04_2012_18_33_24_PM_8043076883.wav | 33 | 7/6/2012 |
| 1/5/2012 | 18087053_Jan_05_2012_17_19_09_PM_8043076883.wav | 33 | 7/6/2012 |
| 1/5/2012 | 18087053_Jan_05_2012_19_38_37_PM_7183720280.wav | 33 | 7/6/2012 |
| 1/6/2012 | 18087053_Jan_06_2012_20_16_09_PM_7183720280.wav | 33 | 7/6/2012 |
| 1/6/2012 | 18087053_Jan_06_2012_21_25_16_PM_7183720280.wav | 33 | 7/6/2012 |
| 1/7/2012 | 18087053_Jan_07_2012_18_19_47_PM_7183720280.wav | 33 | 7/6/2012 |
| 1/7/2012 | 18087053_Jan_07_2012_19_57_00_PM_8043076883.wav | 33 | 7/6/2012 |
| 1/9/2012 | 18087053_Jan_09_2012_21_12_59_PM_8043076883.wav | 33 | 7/6/2012 |
| 1/10/2012 | 18087053_Jan_10_2012_08_47_10_AM_3473015180.wav | 33 | 7/6/2012 |
| 1/10/2012 | 18087053_Jan_10_2012_10_25_05_AM_8043076883.wav | 33 | 7/6/2012 |
| 1/10/2012 | 18087053_Jan_10_2012_18_27_00_PM_7183720280.wav | 33 | 7/6/2012 |
| 1/11/2012 | 18087053_Jan_11_2012_09_09_28_AM_8043076883.wav | 33 | 7/6/2012 |
| 1/11/2012 | 18087053_Jan_11_2012_10_47_12_AM_8043076883.wav | 33 | 7/6/2012 |
| 1/11/2012 | 18087053_Jan_11_2012_18_18_26_PM_8043076883.wav | 33 | 7/6/2012 |
| 1/11/2012 | 18087053_Jan_11_2012_20_50_39_PM_9549903636.wav | 33 | 7/6/2012 |

| Recordings | | | |
|---|---|---|---|
| Date of Recording | File Name | Exhibit # | Production Date |
| 1/12/2012 | 18087053_Jan_12_2012_18_30_16_PM_8043076883.wav | 33 | 7/6/2012 |
| 1/13/2012 | 18087053_Jan_13_2012_09_55_07_AM_8043076883.wav | 33 | 7/6/2012 |
| 1/13/2012 | 18087053_Jan_13_2012_13_27_14_PM_8043076883.wav | 33 | 7/6/2012 |
| 1/13/2012 | 18087053_Jan_13_2012_17_08_46_PM_8043076883.wav | 33 | 7/6/2012 |
| 1/13/2012 | 18087053_Jan_13_2012_18_48_09_PM_8043076883.wav | 33 | 7/6/2012 |
| 1/22/2012 | 18087053_Jan_22_2012_12_03_15_PM_8043076883.wav | 33 | 7/6/2012 |
| 1/22/2012 | 18087053_Jan_22_2012_15_10_38_PM_2129458186.wav | 33 | 7/6/2012 |
| 1/22/2012 | 18087053_Jan_22_2012_19_13_27_PM_6466375667.wav | 33 | 7/6/2012 |
| 1/23/2012 | 18087053_Jan_23_2012_18_39_06_PM_8043076883.wav | 33 | 7/6/2012 |
| 1/23/2012 | 18087053_Jan_23_2012_21_05_57_PM_9549903636.wav | 33 | 7/6/2012 |
| 1/24/2012 | 18087053_Jan_24_2012_18_21_55_PM_8043076883.wav | 33 | 7/6/2012 |
| 1/24/2012 | 18087053_Jan_24_2012_20_25_48_PM_8043076883.wav | 33 | 7/6/2012 |
| 1/25/2012 | 18087053_Jan_25_2012_20_49_20_PM_6466375667.wav | 33 | 7/6/2012 |
| 1/26/2012 | 18087053_Jan_26_2012_15_10_23_PM_8043076883.wav | 33 | 7/6/2012 |
| 1/26/2012 | 18087053_Jan_26_2012_18_05_40_PM_8043076883.wav | 33 | 7/6/2012 |
| 1/27/2012 | 18087053_Jan_27_2012_12_18_14_PM_8043076883.wav | 33 | 7/6/2012 |
| 1/27/2012 | 18087053_Jan_27_2012_13_52_05_PM_9172389992.wav | 33 | 7/6/2012 |
| 1/27/2012 | 18087053_Jan_27_2012_20_53_47_PM_9172389992.wav | 33 | 7/6/2012 |
| 1/28/2012 | 18087053_Jan_28_2012_12_04_53_PM_9172389992.wav | 33 | 7/6/2012 |
| 1/28/2012 | 18087053_Jan_28_2012_19_42_57_PM_2129458186.wav | 33 | 7/6/2012 |
| 1/29/2012 | 18087053_Jan_29_2012_12_13_23_PM_2129458186.wav | 33 | 7/6/2012 |
| 1/29/2012 | 18087053_Jan_29_2012_18_31_06_PM_2129458186.wav | 33 | 7/6/2012 |
| 1/30/2012 | 18087053_Jan_30_2012_10_37_07_AM_8043076883.wav | 33 | 7/6/2012 |
| 1/30/2012 | 18087053_Jan_30_2012_14_47_37_PM_9549903636.wav | 33 | 7/6/2012 |
| 1/30/2012 | 18087053_Jan_30_2012_18_10_43_PM_9549903636.wav | 33 | 7/6/2012 |
| 1/30/2012 | 18087053_Jan_30_2012_21_05_42_PM_9172389992.wav | 33 | 7/6/2012 |
| 1/31/2012 | 18087053_Jan_31_2012_10_45_14_AM_8043076883.wav | 33 | 7/6/2012 |
| 1/31/2012 | 18087053_Jan_31_2012_12_31_00_PM_6466375667.wav | 33 | 7/6/2012 |
| 1/31/2012 | 18087053_Jan_31_2012_18_22_57_PM_9172389992.wav | 33 | 7/6/2012 |
| 1/31/2012 | 18087053_Jan_31_2012_20_37_44_PM_8043076883.wav | 33 | 7/6/2012 |
| 2/1/2012 | 18087053_Feb_01_2012_12_31_19_PM_8043076883.wav | 33 | 7/6/2012 |
| 2/1/2012 | 18087053_Feb_01_2012_17_31_56_PM_8043076883.wav | 33 | 7/6/2012 |
| 2/2/2012 | 18087053_Feb_02_2012_17_50_13_PM_8043076883.wav | 33 | 7/6/2012 |
| 2/2/2012 | 18087053_Feb_02_2012_20_16_56_PM_7183720280.wav | 33 | 7/6/2012 |
| 2/3/2012 | 18087053_Feb_03_2012_11_11_52_AM_8043076883.wav | 33 | 7/6/2012 |
| 2/3/2012 | 18087053_Feb_03_2012_12_58_38_PM_8043076883.wav | 33 | 7/6/2012 |
| 2/3/2012 | 18087053_Feb_03_2012_14_35_34_PM_8043076883.wav | 33 | 7/6/2012 |
| 2/3/2012 | 18087053_Feb_03_2012_18_38_22_PM_2129458186.wav | 33 | 7/6/2012 |
| 2/4/2012 | 18087053_Feb_04_2012_12_35_39_PM_8043076883.wav | 33 | 7/6/2012 |
| 2/4/2012 | 18087053_Feb_04_2012_19_00_13_PM_8043076883.wav | 33 | 7/6/2012 |
| 2/4/2012 | 18087053_Feb_04_2012_20_39_23_PM_2129458186.wav | 33 | 7/6/2012 |
| 2/5/2012 | 18087053_Feb_05_2012_11_52_40_AM_6466375667.wav | 33 | 7/6/2012 |
| 2/5/2012 | 18087053_Feb_05_2012_14_29_17_PM_9172389992.wav | 33 | 7/6/2012 |

| Recordings | | | |
|---|---|---|---|
| Date of Recording | File Name | Exhibit # | Production Date |
| 2/5/2012 | 18087053_Feb_05_2012_19_37_50_PM_7183720280.wav | 33 | 7/6/2012 |
| 2/6/2012 | 18087053_Feb_06_2012_12_17_16_PM_2129458186.wav | 33 | 7/6/2012 |
| 2/6/2012 | 18087053_Feb_06_2012_16_51_08_PM_2129458186.wav | 33 | 7/6/2012 |
| 2/6/2012 | 18087053_Feb_06_2012_18_24_01_PM_2129458186.wav | 33 | 7/6/2012 |
| 2/6/2012 | 18087053_Feb_06_2012_19_47_19_PM_8043076883.wav | 33 | 7/6/2012 |
| 2/6/2012 | 18087053_Feb_06_2012_21_01_23_PM_7183720280.wav | 33 | 7/6/2012 |
| 2/7/2012 | 18087053_Feb_07_2012_11_17_22_AM_8043076883.wav | 33 | 7/6/2012 |
| 2/7/2012 | 18087053_Feb_07_2012_18_20_52_PM_8043076883.wav | 33 | 7/6/2012 |
| 2/7/2012 | 18087053_Feb_07_2012_19_23_11_PM_8043076883.wav | 33 | 7/6/2012 |
| 2/22/2012 | 18087053_Feb_22_2012_10_51_24_AM_6466375667.wav | 33 | 7/6/2012 |
| 2/22/2012 | 18087053_Feb_22_2012_12_34_25_PM_2129458186.wav | 33 | 7/6/2012 |
| 2/22/2012 | 18087053_Feb_22_2012_17_50_24_PM_9549903636.wav | 33 | 7/6/2012 |
| 2/23/2012 | 18087053_Feb_23_2012_17_21_51_PM_8043076883.wav | 33 | 7/6/2012 |
| 2/23/2012 | 18087053_Feb_23_2012_20_10_27_PM_8043076883.wav | 33 | 7/6/2012 |
| 2/24/2012 | 18087053_Feb_24_2012_14_14_46_PM_2129458186.wav | 33 | 7/6/2012 |
| 2/24/2012 | 18087053_Feb_24_2012_19_23_57_PM_9549903636.wav | 33 | 7/6/2012 |
| 2/25/2012 | 18087053_Feb_25_2012_18_54_57_PM_2129458186.wav | 33 | 7/6/2012 |
| 2/26/2012 | 18087053_Feb_26_2012_14_40_07_PM_2129458186.wav | 33 | 7/6/2012 |
| 2/26/2012 | 18087053_Feb_26_2012_17_41_40_PM_9549903636.wav | 33 | 7/6/2012 |
| 2/27/2012 | 18087053_Feb_27_2012_13_10_26_PM_8043076883.wav | 33 | 7/6/2012 |
| 2/27/2012 | 18087053_Feb_27_2012_18_01_45_PM_8043076883.wav | 33 | 7/6/2012 |
| 2/29/2012 | 18087053_Feb_29_2012_12_44_12_PM_8043076883.wav | 33 | 7/6/2012 |
| 2/29/2012 | 18087053_Feb_29_2012_18_23_05_PM_8043076883.wav | 33 | 7/6/2012 |
| 2/29/2012 | 18087053_Feb_29_2012_19_32_26_PM_8043076883.wav | 33 | 7/6/2012 |
| 2/29/2012 | 18087053_Feb_29_2012_21_22_25_PM_9549903636.wav | 33 | 7/6/2012 |
| 3/1/2012 | 18087053_Mar_01_2012_11_12_04_AM_8043076883.wav | 33 | 7/6/2012 |
| 3/1/2012 | 18087053_Mar_01_2012_17_49_35_PM_8043076883.wav | 33 | 7/6/2012 |
| 3/1/2012 | 18087053_Mar_01_2012_20_23_40_PM_8043076883.wav | 33 | 7/6/2012 |
| 3/2/2012 | 18087053_Mar_02_2012_11_58_38_AM_8043076883.wav | 33 | 7/6/2012 |
| 3/2/2012 | 18087053_Mar_02_2012_15_03_19_PM_6466375667.wav | 33 | 7/6/2012 |
| 3/2/2012 | 18087053_Mar_02_2012_18_16_15_PM_2129458186.wav | 33 | 7/6/2012 |
| 3/2/2012 | 18087053_Mar_02_2012_20_01_15_PM_2129458186.wav | 33 | 7/6/2012 |
| 3/2/2012 | 18087053_Mar_02_2012_21_26_16_PM_7183720280.wav | 33 | 7/6/2012 |
| 3/4/2012 | 18087053_Mar_04_2012_11_49_28_AM_2129458186.wav | 33 | 7/6/2012 |
| 3/4/2012 | 18087053_Mar_04_2012_14_05_35_PM_8043076883.wav | 33 | 7/6/2012 |
| 3/5/2012 | 18087053_Mar_05_2012_11_23_46_AM_8043076883.wav | 33 | 7/6/2012 |
| 3/5/2012 | 18087053_Mar_05_2012_13_45_11_PM_6466375667.wav | 33 | 7/6/2012 |
| 3/5/2012 | 18087053_Mar_05_2012_16_56_09_PM_8043076883.wav | 33 | 7/6/2012 |
| 3/5/2012 | 18087053_Mar_05_2012_18_53_25_PM_9172874297.wav | 33 | 7/6/2012 |
| 3/6/2012 | 18087053_Mar_06_2012_11_42_06_AM_8043076883.wav | 33 | 7/6/2012 |
| 3/6/2012 | 18087053_Mar_06_2012_14_07_53_PM_8043076883.wav | 33 | 7/6/2012 |
| 3/7/2012 | 18087053_Mar_07_2012_20_17_18_PM_9549903636.wav | 33 | 7/6/2012 |
| **Exhibit 40** | | | |

| Recordings | | | |
|---|---|---|---|
| Date of Recording | File Name | Exhibit # | Production Date |
| 2/15/2015 | 18087053_Feb_15_2015_17_19_12_PM_2129458186.wav | 40 | 3/19/2015 |
| 2/15/2015 | 18087053_Feb_15_2015_20_59_47_PM_2129458186.wav | 40 | 3/19/2015 |
| 2/16/2015 | 18087053_Feb_16_2015_17_50_06_PM_8043076883.wav | 40 | 3/19/2015 |
| 2/16/2015 | 18087053_Feb_16_2015_20_31_43_PM_2129458186.wav | 40 | 3/19/2015 |