AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Semyon Bumagin | ) | Case No.  11 Cr. 800 (WFK) |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Dr. Sanford Drob
      26 Court Street
      Brooklyn, NY 11242

        **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown
below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer
allows you to leave.

| Place of Appearance: | U.S. District Court - Eastern Dist. of NY 225 Cadman Plaza East Brooklyn, NY 11215 | Courtroom No.: | 6H |
|---|---|---|---|
| | | Date and Time: | 09/30/2015 9:30 am |

        You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
All records in your files pertaining to your prior evaluation of Semyon Bumagin.

        *(SEAL)*

Date:   _____

                                                        *CLERK OF COURT*

                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____ , who requests this subpoena, are:

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   11 Cr. 800 (WFK)

**PROOF OF SERVICE**

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❒  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

    ❒  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: