# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Semyon Bumagin ) | Case No.  11 Cr. 800 (WFK) |
| ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Dr. Ranga C. Krishna, MD
Total Neuro Care, PC
1513 Voorhies Avenue
Brooklyn, NY 11235

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court Eastern District of NY<br>225 Cadman Plaza East<br>Brooklyn, NY 11215 | Courtroom No.: | 6H |
|---|---|---|---|
| | | Date and Time: | 09/30/2015 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

All medical records in your files and your office's files pertaining to Semyon Bumagin, who was a patient in your care in or about July 2011.

*(SEAL)*

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Zoe Dolan
_____, who requests this subpoena, are:

154 Grand Street
New York, NY 10013
(347) 301.5180
zdolan@gmail.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 11 Cr. 800 (WFK)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____ was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____ _____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____ _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                *Server's signature*

                                                _____
                                                *Printed name and title*

                                                _____
                                                *Server's address*

Additional information regarding attempted service, etc: