# Zoë Dolan

www.zoedolan.com      Attorney At Law     154 Grand Street
zdolan@gmail.com     Admitted NY & CA     New York, NY 10013
(347) 301-5180

September 11, 2015

AUSA Kevin Trowel
AUSA Moira Kim Penza
United States Attorney's Office
Eastern District of New York
*Via E-mail & ECF*

Re:    *United States v. Bumagin*
       11 Cr. 800 (WFK)

Dear Mr. Trowel and Ms. Penza

     Pursuant to Fed. R. Crim. Pro. 16, please find enclosed medical records from Semyon Bumagin's prior treating physician, Dr. Ranga C. Krishna, MD.

                                               Sincerely,

                                               s/
                                               Zoë Dolan