

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KMT
F. # 2011R01816

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 22, 2015

By Email and ECF

Zoe J. Dolan, Esq.
3481 Amethyst Street
Los Angeles, CA 90032

      Re:    United States v. Bumagin
              Criminal Case No. 11-800 (WFK)

Dear Ms. Dolan:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed additional discovery in the above-referenced matter. The government also renews its request for reciprocal discovery.

| Exhibit | Description |
|---|---|
| 49 | Transcript of the defendant's November 4, 1998 guilty plea in United States v. Bumagin, 98 CR 470 (S.D.N.Y.). |
| 50 | Transcript of the defendant's February 25, 1999 sentencing hearing in United States v. Bumagin, 98 CR 470 (S.D.N.Y.). |
| 51 | Transcript of the defendant's January 24, 2002 guilty plea in United States v. Bumagin, 01 CR 797 (S.D.N.Y.). |

| | |
|---|---|
| 52 | Transcript of the defendant's August 14, 2002 sentencing hearing in <u>United States v. Bumagin</u>, 01 CR 797 (S.D.N.Y.). |

Should you have any questions or requests, please do not hesitate to contact me.

                Very truly yours,

                KELLY T. CURRIE
                Acting United States Attorney

By:      /s/
                Kevin Trowel
                Moira Kim Penza
                Assistant U.S. Attorneys
                (718) 254-6351/6454

Enclosure

Cc:    Clerk of Court (WFK) (w/o enclosure) (by ECF)