UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,                    O R D E R

  - against -
                                             11 CR 800 (WFK)

SEMYON BUMAGIN,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

       This matter comes before the Court on the Application of KELLY T. CURRIE, Acting United States Attorney for the Eastern District of New York, by Moira Kim Penza, Assistant United States Attorney, for an order permitting the use of appropriate means, including necessary force, to compel the production of SEMYON BUMAGIN, inmate number 18087-053, to appear before the Court on September 30, 2015.

       The Court finds that the Application is made in good faith and that there is a reasonable belief that the requested relief is necessary to secure the production of SEMYON BUMAGIN on September 30, 2015.

It is, therefore, ORDERED, pursuant to 28 U.S.C. § 1651, that the Bureau of

Prisons, the United States Marshals Service, or any federal officer, shall use all reasonable

force to secure the appearance of SEMYON BUMAGIN on September 30, 2015.

Dated:        Brooklyn, New York
              _____, 2015

_____
THE HONORABLE WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

2