

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG:KMT/MKP
F. #2011R01816

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 30, 2016

By ECF

The Honorable William F. Kuntz, II
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re: United States v. Semyon Bumagin
       Criminal Case No. 11-800 (WFK)

Dear Judge Kuntz:

    On December 26, 2015, the Court ordered that the defendant in the above-captioned matter be transferred to the Metropolitan Correctional Center in Manhattan ("MCC") to undergo a psychiatric or psychological evaluation pursuant to 18 U.S.C. § 4241(b).  The government has been informed by the evaluating doctor at MCC that the evaluation is complete and a report was submitted to the Court earlier today.

    The government respectfully requests that the Court provide the parties with a copy of the report.  See 18 U.S.C. § 4247(c) ("A psychiatric or psychological report ordered pursuant to this chapter shall be prepared by the examiner designated to conduct the . . . examination [and] shall be filed with the court with copies provided to the counsel for the person examined and to the attorney for the Government. . . .").

        Respectfully submitted,

        ROBERT L. CAPERS
        United States Attorney

    By: /s/_____
      Kevin Trowel
      Moira Kim Penza
      Assistant U.S. Attorneys
      (718) 254-7000

cc:  Zoe Dolan, Esq. (by ECF)