UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,          O R D E R

  - against -

                                       11 CR 800 (WFK)

SEMYON BUMAGIN,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

        This matter comes before the Court on the Application of ROBERT L. CAPERS, United States Attorney for the Eastern District of New York, by Moira Kim Penza, Assistant United States Attorney, for an order permitting the use of appropriate means, including necessary force, to compel the production of SEMYON BUMAGIN, inmate number 18087-053, to appear before the Court on May 19, 2016.

        The Court finds that the Application is made in good faith and that there is a reasonable belief that the requested relief is necessary to secure the production of SEMYON BUMAGIN on May 19, 2016.

It is, therefore, ORDERED, pursuant to 28 U.S.C. § 1651, that the Bureau of Prisons, the United States Marshals Service, or any federal officer, shall use all reasonable force to secure the appearance of SEMYON BUMAGIN on May 19, 2016.

Dated:    Brooklyn, New York
          _____, 2016

_____
THE HONORABLE WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK