# Zoë Dolan

| | | |
|---|---|---|
| www.zoedolan.com | Attorney At Law | 154 Grand Street |
| zdolan@gmail.com | Admitted NY & CA | New York, NY 10013 |
| | (347) 301-5180 | |

May 19, 2016

Clerk
The United States Court of Appeals
For the Second Circuit
40 Foley Square
New York, New York 10007

Re:   *United States v. Semyon Bumagin*
      16-836

Emergency Motion

To The Clerk:

   The parties have executed a dismissal agreement in the underlying criminal case in this matter, *United States v. Semyon Bumagin*, 11-Cr.-800 (WFK) (EDNY), and the District Court has stated its intention to enter a dismissal order upon dismissal of the instant appeal.

   Accordingly, the defense moves to dismiss this appeal as moot, effective immediately. The Government has no objection.

Sincerely,

s/
Zoë Dolan

Cc:   Hon. William F. Kuntz II
      AUSA Kevin Trowel
      AUSA Moira Penza