

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EAG:KMT
F. #2011R01816

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 19, 2016

By E-mail

Zoe Dolan, Esq.
154 Grand Street
New York, NY 10013

      Re:    SEMYON BUMAGIN

Dear Ms. Dolan:

      This letter constitutes the agreement between the United States Attorney's Office for the Eastern District of New York (the "Office") and your client SEMYON BUMAGIN (the "defendant").

      1.    In an indictment returned by a grand jury on or about November 30, 2011, the defendant was charged with various crimes in a case entitled United States v. Bumagin, Criminal Docket No. 11-800 (WFK) (the "Pending Charges"). The defendant thereafter asserted that he was suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

      2.    Thereafter, pursuant to Court orders, the defendant was evaluated to determine his competency to stand trial. (See Docket Numbers 29, 37, 90, 184.)

      3.    The Office agrees to dismiss the Pending Charges against the defendant without prejudice.

3. The defendant agrees that with respect to the Pending Charges he is not a "prevailing party" within the meaning of the "Hyde Amendment," 18 U.S.C. § 3006A note, and will not file any claim under that law.

4. The defendant further agrees to waive any applicable statute of limitations defense as to the Pending Charges should the Office seek to reinstate the Pending Charges.

5. No promises, agreements or conditions have been entered into other than those set forth in this agreement, and none will be entered into unless memorialized in

writing and signed by all parties. This agreement supersedes any prior promises, agreements or conditions between the parties. To become effective, this agreement must be signed by all signatories listed below.

Dated: Brooklyn, New York
      May 19, 2016

ROBERT L. CAPERS
United States Attorney

By: _____
Kevin Trowel
Moira Penza
Assistant U.S. Attorneys

Approved by:

_____
Elizabeth A. Geddes
Supervising Assistant U.S. Attorney

I have read the entire agreement and discussed it with my attorney. I understand all of its terms and am entering into it knowingly and voluntarily.

_____
SEMYON BUMAGIN
Defendant

Approved by:

_____
Zoe Dolan, Esq.
Counsel to Defendant

3