MANDATE

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of May, two thousand and sixteen.

_____

United States of America,

        Appellee,

v.

Semyon Bumagin,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 16-836

Appellant moves for voluntary dismissal of this appeal in light of the parties having executed a dismissal agreement in the underlying criminal case.

IT IS HEREBY ORDERED that the motion to dismiss is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/19/2016